AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

DEREK ANTHONY COSTANTINO,

      Petitioner,           JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-CV-00192-RCJ-VPC**

E.K. McDANIEL, et al.,

      Respondents.

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the respondents' motion to dismiss (#8) is **GRANTED.** The petition is **DISMISSED WITH PREJUDICE** as untimely.
     **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

   March 30, 2010                                       **LANCE S. WILSON**
                                                                              Clerk

                                                             /s/ D. R. Morgan
                                                          Deputy Clerk